# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

CAROLYN SUE MILLER                 PLAINTIFF

VS.            CASE NO.: 05-4087

BART C. CRAYTOR                DEFENDANT

## **CONSENT JUDGMENT**

The Defendant, Bart C. Craytor, hereby consents to judgment and the Court hereby enters judgment as follows:

1. The Plaintiff, Carolyn Sue Miller, is awarded judgment in the amount of $175,000.00.

WHEREFORE, it is the judgment of this Court that the Plaintiff, Carolyn Sue Miller is awarded damages in the amount of $175,000.00. Said judgment may be pursued by all remedies at law or equity. Said judgment shall bear interest at 10% per annum.

_____
JUDGE

5/24/06
DATE

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 24 2006

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK

APPROVED AND AGREED TO BY:

_____
Mr. Bart C. Craytor
Defendant
5301 Summerhill Road
Texarkana, TX 75503

APPROVED AND AGREED TO BY:

*(signature)*

Mr. Danny R. Crabtree
Attorney for Plaintiff
9710 Interstate 30
Little Rock, Arkansas 72209
501/568-5680
AR Bar No.: 2004096

and:

*(signature)*

Mr. Timothy O. Dudley
Attorney for Plaintiff
114 South Pulaski Street
Little Rock, AR 72201
501/372-0080
AR Bar No.: 82055